# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LAVAR FERRELL, | : |
| Petitioner, | : |
| v. | : No. 5:19-cv-00151-MTT-MSH |
| STATE OF GEORGIA, | : |
| Respondent. | : |

## ORDER OF DISMISSAL

Petitioner Lavar Ferrell, currently confined at the Riverbend Correctional Facility in Milledgeville, Georgia, filed a *pro se* petition for writ of mandamus under 28 U.S.C. § 1651 in this Court on April 22, 2019, and he appeared to seek to proceed without prepayment of the Court's filing fee. Mot. for Writ of Mandamus, ECF No. 1. On May 17, 2019, the United States Magistrate Judge advised Petitioner that his motion to proceed *in forma pauperis* was incomplete and ordered Petitioner to file a signed inmate trust account certification and a printout showing the transactional history of his inmate trust account. Order, ECF No. 4 at 1-2. The Magistrate Judge gave Petitioner twenty-one days to comply and cautioned Petitioner that his failure to do so could result in the dismissal of this action. *Id.*

When Petitioner failed to respond by the deadline, the Magistrate Judge directed Petitioner to show cause why this action should not be dismissed due to his failure to follow

the Court's directives. Order to Show Cause, ECF No. 5 at 1-2. Petitioner was again afforded twenty-one days to respond, and he was again cautioned that failure to comply with the Court's directives would result in dismissal of his petition. *Id*., ECF No. 5 at 2.

As of the date of this Order, the deadline for Petitioner to show cause has passed without response from Petitioner. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 12th day of July, 2019.

                                              S/Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT